# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE
INTEREST OF B. T.

NO.  2019 CW 1542

**DECEMBER 09, 2019**

---

In Re:   B.T., applying for rehearing, Juvenile Court, Parish
         of East Baton Rouge, No. 105413.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**APPLICATION FOR REHEARING DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT